Robert Yaquinto, Jr.
Chapter 7 Trustee
509 N. Montclair Avenue
Dallas, TX  75208
(214) 942-5502

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ASIA HOUSE OF TEXAS, INC. | § | Case No. 18-30455 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/08/2018. The undersigned trustee was appointed on 02/08/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 18,750.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,691.75 |
| Bank service fees | 73.29 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 16,984.96 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/10/2018 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,625.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,625.00 , for a total compensation of $ 2,625.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 728.70 , for total expenses of $ 728.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2020    By:/s/ROBERT YAQUINTO, JR., TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 18-30455 SGJ Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | ASIA HOUSE OF TEXAS, INC. | Date Filed (f) or Converted (c): | 02/08/18 (f) |
| | | 341(a) Meeting Date: | 03/20/18 |
| For Period Ending: | 02/29/20 | Claims Bar Date: | 09/10/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BBT Bank - checking account | 0.00 | 0.00 | | 0.00 | FA |
| 2. DEPOSIT - DALLAS MARKET CENTER | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 3. RAW MATERIALS | 10,000.00 | 10,000.00 | | 1,000.00 | FA |
| RAW GEMSTONES, PEARLS, SAWATZKE CRYSTAL, TURQUOISE. | | | | | |
| 4. JEWELRY | 300,000.00 | 300,000.00 | | 14,650.00 | FA |
| 5. OFFICE FURNITURE | 100.00 | 100.00 | | 100.00 | FA |
| 6. OFFICE FIXTURES | 5,000.00 | 5,000.00 | | 2,500.00 | FA |
| DISPLAY CASES | | | | | |
| 7. OFFICE EQUIPMENT | 500.00 | 500.00 | | 500.00 | FA |
| TOTALS (Excluding Unknown Values) | $318,600.00 | $318,600.00 | | $18,750.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSETS LIQUIDATED. ACCOUNTANT EMPLOYED AND PREPARING RETURN. CLAIMS REVIEWED AND NO OBJECTIONS NECESSARY, ESTIMATED DATE OF CLOSING 03/31/2020.

Initial Projected Date of Final Report (TFR): 03/01/19    Current Projected Date of Final Report (TFR): 03/31/20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 18-30455 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | ASIA HOUSE OF TEXAS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9543 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0772 | | |
| For Period Ending: | 02/29/20 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/07/18 | * NOTE * | Rosen Systems, Inc. | Auction Proceeds | 1129-000 | 18,750.00 | | 18,750.00 |
| | | | * NOTE *  Properties 3, 4, 5, 6, 7 | | | | |
| 07/19/18 | 005001 | ROSEN SYSTEMS, INC. | AUCTIONEER'S EXPENSES | 3620-000 | | 1,691.75 | 17,058.25 |
| | | 2323 LANGFORD ST. | PAID PER ORDER ENTERED 07/18/2018 | | | | |
| | | DALLAS, TEXAS   75208 | | | | | |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.68 | 17,037.57 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 27.29 | 17,010.28 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.32 | 16,984.96 |
| 10/09/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 16,984.96 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 18,750.00 | 18,750.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 16,984.96 | |
| Subtotal | 18,750.00 | 1,765.04 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,750.00 | 1,765.04 | |

Page Subtotals    18,750.00    18,750.00

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 18-30455 -SGJ | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | ASIA HOUSE OF TEXAS, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0353  Checking Account |
| Taxpayer ID No: | *******0772 | | |
| For Period Ending: | 02/29/20 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/18 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 16,984.96 | | 16,984.96 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,984.96 | 0.00 | 16,984.96 |
| Less:  Bank Transfers/CD's | 16,984.96 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9543 | 18,750.00 | 1,765.04 | 0.00 |
| Checking Account - ********0353 | 0.00 | 0.00 | 16,984.96 |
| | 18,750.00 | 1,765.04 | 16,984.96 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    16,984.96    0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 18, 2020 |

Case Number: 18-30455  
Debtor Name: ASIA HOUSE OF TEXAS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 070 7100-00 | 12900 PRESTON ROAD COHEN & ZWERNER LLP 12900 Preston Road Suite 1230 DALLAS, TX 75230 | Unsecured | | $98,600.75 | $0.00 | $98,600.75 |
| 000003B 070 7100-00 | Internal Revenue Service  Dist. Director SPB Mail Code 5020DAL 1100 Commerce St Dallas, TX 75242-1001 | Unsecured | | $981.71 | $0.00 | $981.71 |
| | Case Totals: | | | $99,582.46 | $0.00 | $99,582.46 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-30455
Case Name: ASIA HOUSE OF TEXAS, INC.
Trustee Name: ROBERT YAQUINTO, JR., TRUSTEE

| | Balance on hand | $ | 16,984.96 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Dallas County | $ 9,877.52 | $ 9,877.52 | $ 0.00 | $ 8,111.59 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 8,111.59 |
| Remaining Balance | $ | 8,873.37 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT YAQUINTO, JR., TRUSTEE | $ 2,625.00 | $ 0.00 | $ 2,625.00 |
| Trustee Expenses: ROBERT YAQUINTO, JR., TRUSTEE | $ 728.70 | $ 0.00 | $ 728.70 |
| Attorney for Trustee Fees: SHERMAN & YAQUINTO | $ 3,417.50 | $ 0.00 | $ 3,417.50 |
| Attorney for Trustee Expenses: SHERMAN & YAQUINTO | $ 278.82 | $ 0.00 | $ 278.82 |
| Accountant for Trustee Fees: SHELDON E. LEVY, CPA | $ 1,770.00 | $ 0.00 | $ 1,770.00 |
| Accountant for Trustee Expenses: SHELDON E. LEVY, CPA | $ 53.35 | $ 0.00 | $ 53.35 |
| Auctioneer Expenses: ROSEN SYSTEMS, INC. | $ 1,691.75 | $ 1,691.75 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,873.37 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 558.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 558.74 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,582.46 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | 12900 PRESTON ROAD | $ 98,600.75 | $ 0.00 | $ 0.00 |
| 000003B | Internal Revenue Service | $ 981.71 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |

    Remaining Balance      $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE